IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

YITZHAK ABBA MARTA                                                PETITIONER

vs.              Civil Case No. 5:08CV00171 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                 RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition in its entirety, with prejudice.

IT IS SO ORDERED this   9   day of   March  , 2009.


_____
UNITED STATES DISTRICT JUDGE