IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

YITZHAK ABBA MARTA                                                    PETITIONER

vs.                Civil Case No. 5:08CV00171 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                     RESPONDENT

JUDGMENT

In accordance with the Court's Order entered this date, it is hereby CONSIDERED, ORDERED and ADJUDGED that this petition be dismissed in its entirety, with prejudice.

IT IS SO ADJUDGED this   9   day of   March  , 2009.

_____
UNITED STATES DISTRICT JUDGE